■ STEPHEN TURNER, Respondent, v CSX TRANSPORTATION, INC., et al., Appellants. (Appeal No. 2.) [899 NYS2d 700]—Appeal from a judgment of the Supreme Court, Erie County (Frederick J. Marshall, J.), entered November 18, 2008 in a personal injury action. The judgment awarded plaintiff money damages upon a jury verdict.

It is hereby ordered that said appeal is unanimously dismissed

without costs (*see Matter of Eric D.* [appeal No. 1], 162 AD2d 1051 [1990]). Present—Smith, J.P., Fahey, Carni, Sconiers and Pine, JJ.